**Order filed, June 14, 2016.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00210-CV

_____

**O.C.T.G., L.L.P AND SOJOURN PARTNERS, L.L.C., Appellant**

**V.**

**LAGUNA TUBULAR PRODUCTS CORPORATION AND LTP REAL ESTATE, LLC, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-44749**

## ORDER

The reporter's record in this case was due **April 15, 2016**. *See* Tex. R. App. P. 35.1. On **April 29, 2016**, the court received notice that the court reporter had received payment for the reporter's record, and extended the record due date 30 days to May 29, 2016. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order MyThuy Cieslar, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM